**Order issued 06/07/2017**



In The

# Court of Appeals

For The

# First District of Texas

---

## NO. 01-17-00404-CR

---

## IN RE RIGOBERTO CEPEDA, Appellant

---

### On Appeal from 176th District Court
### Harris County, Texas
### Trial Court Cause No. 1420219

---

## MEMORANDUM ORDER

This case is related to the following cases previously filed in the Court of Appeals for the Fourteenth District of Texas: In re Rigoberto Cepeda, No. 14-17-00139-CR and Rigoberto Cepeda v State No. 14-16-00432-CR. Pursuant to this Court's Local Rule 1.5, this case is transferred to the Fourteenth Court. The Clerk of this Court shall send to the Clerk of the Fourteenth Court: (1) the clerk's record and reporter's record, if any; (2) all documents filed in this case; and (3) certified copies of all orders, judgments, and opinions from this Court, if any. The clerk shall keep the original of all orders, judgments, and opinions of this court.

/s/ <u>Chief Justice Sherry Radack</u>
Chief Justice Sherry Radack
Acting Individually